# Order

Michigan Supreme Court
Lansing, Michigan

March 25, 2020

160678

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

      SC:  160678
      COA:  347885
      Berrien CC:  2018-016211-FH

JOSEPH JOHN BLAIR, JR.,
      Defendant-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

On order of the Court, the application for leave to appeal the October 29, 2019 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the Court of Appeals judgment and the February 13, 2019 order of the Berrien Circuit Court denying the defendant's motion to suppress evidence.  We REMAND this case to the trial court to reconsider the defendant's motion with the record as expanded by the Court of Appeals to include the video evidence, and for the trial court to specifically address:  (1) whether the Berrien County Deputy Sheriff who impounded the vehicle complied with the Sheriff's Department Policies and Procedures governing towing and impounding, including Section V of those policies, (2) whether the Deputy "acted in bad faith or for the sole purpose of investigation," *Colorado v Bertine*, 479 US 367 (1987), and (3) if so, whether that renders the search unconstitutional under either the state or federal constitutions.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2020



Clerk

s0324